IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| LISA LUMPKIN o/b/o, : | |
| TERQUAVIOUS BURGESS, : | |
| : | |
| Plaintiffs, : | |
| : | |
| vs. : | Civil Action No. |
| : | **3:05-CV-79 (CAR)** |
| JO ANNE B. BARNHART, : | |
| Commissioner of Social Security, : | |
| : | |
| Defendant. : | |

## RECOMMENDATION

Presently pending in this request for review of a decision by the Commissioner of Social Security is plaintiff's motion to dismiss this action without prejudice. The Commissioner does not oppose this motion, and it is accordingly the RECOMMENDATION of the undersigned that plaintiff's motion to dismiss this action without prejudice be **GRANTED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable C. Ashley Royal, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 18th day of July, 2006.

//S Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE