# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **LISA LUMPKIN, on behalf of Terquavious Burgess,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | 3:05-CV-79 (CAR) |
| | : | |
| **JO ANNE B. BARNHART,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant.** | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 14] to grant Plaintiff's motion to dismiss her complaint without prejudice. Defendant has not entered an objection to the Recommendation. The Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; Plaintiff's complaint is hereby **DISMISSED without prejudice**.

**SO ORDERED**, this 18th day of August, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH